IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN REILLY,

        Plaintiff,

v.

        Case No.: 15-cv-796

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.

ORDER ON JOINT MOTION TO REMAND TO THE COMMISSIONER

The parties have filed a stipulation for remand under sentence four of Section 405(g) of the Social Security Act. The motion will be granted. On remand, an Administrative Law Judge will (1) reassess Plaintiff's residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; (2) if necessary, obtain supplemental evidence from a vocational expert; and (3) issue a new decision.

SO ORDERED this 7TH day of July, 2016.

_____
United States District Judge James D. Peterson