IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN M. REILLY,

        Plaintiff,

  v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-796-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding Attorney Meredith Marcus attorney fees in the amount of $8,599.25 under Section 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1).

      _s/ A. Wiseman, Deputy Clerk_      _8/22/2017_
      Peter Oppeneer, Clerk of Court      Date